ACCEPTED
03-15-00037-CV
4313624
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/27/2015 12:32:50 PM
JEFFREY D. KYLE
CLERK

### NO. 13-15-00037-CV

| | | |
|---|---|---|
| **BUTEAUX CONCRETE LLC and** | § | **IN THE COURT OF APPEALS** |
| **BRANDON BUTEAUX** | § | |
| Appellants | § | |
| **v.** | § | |
| | § | **THIRD DISTRICT** |
| **CONSOLIDATED** | § | |
| **REINFORCEMENT, LP** | § | |
| Appellee | § | |
| | § | **AUSTIN, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/27/2015 12:32:50 PM
JEFFREY D. KYLE
Clerk

### APPELLANTS BRANDON BUTEAUX AND BUTEAUX CONCRETE LLC'S UNOPPOSED MOTION TO DISMISS

Pursuant to Tex. R. App. P. 42.1, appellants Brandon Buteaux and Buteaux Concrete, LLC move to dismiss this appeal in accordance with the parties' settlement.

### PRAYER

Appellants pray that this motion be granted.

Respectfully submitted,

**ZUKOWSKI BRESENHAN SINEX & PETRY LLP**


*/s/Kevin Pennell*

**Kevin Pennell**
State Bar Number 24046607
1177 West Loop South, Suite 1100
Houston, Texas 77027
713/965-9969
713/963-9169 *Facsimile*
kevin@zbsplaw.com

Attorney for Appellants
Brandon Buteaux and Buteaux Concrete, LLC

## CERTIFICATE OF CONFERENCE

I conferred with Tony Ciccone, counsel for Consolidated Reinforcement LP, by email and he does not oppose this motion.

_/s/ Kevin Pennell_
Kevin Pennell


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered or forwarded to all parties and/or counsel, as listed below, in accordance with Rule 21a of the Texas Rules of Civil Procedure, on this the 27th day of February 2015.

Anthony F. Ciccone
Kiester Lockwood & Ciccone LLP
611 West 14th Street, Suite 100
Austin, Texas 78701
512/477-5821 Facsimile

_/s/ Kevin Pennell_
Kevin Pennell